UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-60231-WPD

UNITED STATES OF AMERICA

vs.

XIAO PINGPING,

      **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Xiao Pingping ("XIAO") agree, that had this case proceeded to trial, the United States would have proven the facts described below, among others, beyond a reasonable doubt, and that the described facts are true and correct and meet the elements of the offenses charged in the Indictment.

On or about January 14, 2022, XIAO sent a package from Brazil to M.X., a Florida resident, containing thirty-three (33) sea horses, four hundred thirty-five (435) sea cucumbers, and sixteen (16) shark fins. Sea horses, sea cucumbers, and shark fins are defined as wildlife, which are required to be declared to the United States Fish and Wildlife Service ("USFWS"), pursuant to Title 50, Code of Federal Regulations, Sections 14.52 and 14.61. XIAO did not declare the wildlife contained of the package to USFWS and labeled the contents of the packages as "fish belly." XIAO intentionally misidentified the wildlife, knowing she had a declaration duty.

On November 19, 2023, XIAO travelled by air from Managua, Nicaragua to Fort Lauderdale-Hollywood International Airport ("FLL"), Florida. Upon XIAO's arrival at FLL, she collected her baggage, and the baggage was reviewed in an X-ray scan. CBP officers observed various anomalies with the scan and referred XIAO to secondary inspection for a complete

baggage inspection. XIAO gave an binding oral declaration to the CBP officers that she was not carrying any plants, food, seeds, fruits, vegetables, endangered species and/or meat on her person or in her luggage and had nothing to declare.

CBP officers searched XIAO's baggage and identified eleven (11) sea cucumbers concealed in the clothing packed in her bag. XIAO told the CBP officer that the sea cucumbers were "fish belly," however, she later admitted they were sea cucumbers. Sea cucumbers are defined as wildlife, which are required to be declared to USFWS, pursuant to Title 50, Code of Federal Regulations, Sections 14.52 and 14.61. XIAO intentionally misidentified the wildlife, knowing she had a declaration duty. CBP seized the sea cucumbers and explained to XIAO that agricultural regulations and laws required her to declare plants, food, seeds, fruits, vegetables, endangered species and/or meat.

On November 24, 2023, XIAO checked a cardboard box at FLL for a flight from FLL to Managua, Nicaragua. CBP processed XIAO's checked box with an X-ray scan and observed various anomalies that resembled organic material inside the box. CBP stopped XIAO on the jet bridge as she attempted to board the aircraft with a piece of carryon luggage. XIAO was escorted to the CBP enforcement area at FLL and XIAO gave an oral binding declaration that she had nothing in her checked box or carryon luggage to declare. CBP officers searched XIAO's checked box and carryon luggage and discovered nine (9) bags and four (4) boxes of American Ginseng (*Panax quinquefolius*) contained therein. American Ginseng is a protected plant species under the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), Appendix II, and requires an export permit, pursuant to Title 50, Code of Federal Regulations, Sections 23.27and 23.36. XIAO intentionally failed to disclose the American Ginseng, knowing she had a declaration duty after being informed of such agricultural regulations

five (5) days prior when CBP searched her luggage after her inbound flight to FLL.

The information contained in this factual proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove the Indictment beyond a reasonable doubt.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 12/11/23       By: _____
EMILY R. STONE
ASSISTANT UNITED STATES ATTORNEY

Date: 12/11/23       By: _____
HUDA AJLANI MACRI
ATTORNEY FOR DEFENDANT

Date: 12/11/23       By: XIAO PINGPING
XIAO PINGPING
DEFENDANT

12/11/23             _____
                     Interpreter